**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 0 7 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 25-0027 DHU |
| vs. | ) 18 U.S.C. §§ 111(a) and (b): Assault Upon a Federal Officer Inflicting Bodily Injury. |
| **ANTHONY HERNANDEZ**, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

On or about March 23, 2023, in Otero County, in the District of New Mexico, the defendant, **ANTHONY HERNANDEZ**, intentionally forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with John Doe, an officer and employee of Management and Training Corporation, while John Doe was assisting officers and employees of the U.S. Marshals Service in the performance of official duties and on account of that assistance, and in the commission of such acts inflicted bodily injury by striking John Doe's face.

In violation of 18 U.S.C. §§ 111(a) and (b).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney